UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Michelle R. Swoboda,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:12CV12 SNLJ |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

On March 22, 2012, the above styled cause was inadvertently assigned a case number for the Northern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Eastern Division case. Therefore, a Eastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Stephen N. Limbaugh, U.S. District Judge.

Dated this 26th day of March, 2012.

                                             JAMES G. WOODWARD
                                             CLERK OF COURT

                                             By: /s/ Karen Moore
                                             Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:12CV553-SNLJ.**